TRZESNIEWSKI and wife, Appellants, vs. STOWASSER, Respondent.

For the appellants: *John Sander,* attorney, and *Eugene P. Meyer* of counsel, both of Milwaukee.

For the respondent: *Yockey & Yockey,* attorneys, and *E. W. Van Dyke* of counsel, all of Milwaukee.

*By the Court.*—Judgment affirmed. No costs to be taxed on account of respondent's brief because of failure to furnish outline of argument.

*April 1, 1930.*

NATIONAL BISCUIT COMPANY, Appellant, vs. INDUSTRIAL COMMISSION and others, Respondents.

For the appellant: *Shaw, Muskat & Sullivan* of Milwaukee.

For the respondent Industrial Commission: *John W. Reynolds,* attorney general, and *Mortimer Levitan,* assistant attorney general.

For the respondent Marron: *Walter F. Mayer* of Milwaukee.

For the respondent Fitzpatrick: *Albert M. Kelly* of Milwaukee.

*By the Court.*—Judgment affirmed. Attorney for respondent Fitzpatrick to tax no costs for brief because of failure to supply outline.